UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JON MELVIN MOULD,

     Plaintiff,

  v.

HERITAGE BANK,

     Defendant.

Case No. MS05-5038FDB

ORDER OF DISMISSAL

    Plaintiff purports to file a miscellaneous action, which he entitles "Petition for Writ of Enforcement of Foreign Judgment and Instructive Relief." Plaintiff uses certain phrases found in the law, but altogether a cause of action within the jurisdiction of this court cannot be discerned, and the nature any claim whatsoever is incomprehensible from these documents. This does not appear to be a proper miscellaneous action, nor do the documents filed initiate a civil action.

    ACCORDINGLY, IT IS ORDERED: This cause of action is DISMISSED

    DATED this 21st day of November, 2005.

                        FRANKLIN D. BURGESS
                        UNITED STATES DISTRICT JUDGE

ORDER - 1